### Keith A. TUCKER, Appellant,

v.

### Wanda GUNTER, Acting Director of Finance, Respondent;

### The City of Kansas City, Missouri, Respondent.

#### No. WD 68452.

Missouri Court of Appeals, Western District.

Sept. 23, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 28, 2008.

Application for Transfer Denied Dec. 16, 2008.

Mary J. Shaney, William H. Meyer, Kansas City, MO, for appellant.

Frederick H. Riesmeyer, II, Ronald C. Spradley, Stephen D. Walsh, Douglas McMillan, Kansas City, MO, for respondents.

Before Div III: SPINDEN, P.J., HARDWICK and DANDURAND, JJ.

### ORDER

PER CURIAM.

Keith Tucker appeals from a circuit court judgment declaring that the City of Kansas City, Missouri, lawfully assessed earnings tax, interest, and penalties against him for the period of 1999 to 2003, when he resided in Kansas City. For reasons explained in a Memorandum provided to the parties, we affirm the judgment. Rule 84.16(b).